FILED

MAY 2 3 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY CLAYTON BUDDE,<br><br>Defendant. | CR 97-74-BLG-SPW<br><br>ORDER<br>(filed under seal) |

Upon the *Ex Parte* Motion for Order Granting Unsealing of Case and Providing for Copies of Public Records (Doc. 54) filed by the attorneys for PNS Stores, Inc., and for good cause being shown,

IT IS HEREBY ORDERED that PNS Stores' *Ex Parte* Motion for Order Granting Unsealing of Case and Providing for Copies of Public Records is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court for the United States District Court, District of Montana, shall unseal the above-captioned case, leaving sealed only those records, if any, required to be individually sealed by operation of Federal statute or rule.

1

IT IS FURTHER ORDERED that the Clerk of the Court for the United States District Court, District of Montana shall make available copies of all documents filed in the above-captioned case, not otherwise required to remain individually sealed by operation of Federal statute or rule. Copies of same shall be provided to PNS Stores, Inc., through its counsel of record, Colleen E. McCarty, Esq. or other designated representative of the law firm Clark Hill, PLLC.

DATED this 23rd day of May, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge